```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 47104
  COURTNEY MOORE
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-1294


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/22/04 and confirmed on 03/31/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $    7884.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
GMAC PAYMENT CENTER        SECURED          4332.00         129.67       4332.00
DREYER MEDICAL CLINIC      UNSECURED        NOT FILED          .00           .00
KOHLS                      UNSECURED         288.40            .00         35.81
NELNET                     UNSECURED        7849.06            .00        974.62
PROVENA MERCY MEDICAL CE   UNSECURED        NOT FILED          .00           .00
      Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  4332.00        .00      8137.46         .00     12469.46
PRINCIPAL PAID      4332.00        .00      1010.43         .00      5342.43
INTEREST PAID        129.67        .00          .00         .00       129.67
TOTAL PAID          4461.67        .00      1010.43         .00      5472.10
The Debtor's attorney, FOX VALLEY LEGAL GROUP           , was allowed $   2200.00
and was paid $    100.00  direct and $   2100.00  through the plan.

The Trustee received $    311.90 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 05/21/08                  /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 04 B 47104 COURTNEY MOORE
```